# 07 CIV 9528

ALLYN & FORTUNA, LLP
Jesse Kaplan (JK 4594)
Attorneys for Defendant
*DETROIT PHONE CARDS INC. D/B/A OMOBILE*
200 Madison Avenue, 5th floor
New York, New York, 10016-3903
Ph: (212) 213-8844
Fax: (212) 213-3318
**"ECF CASE"   Judge Harold Baer**
**UNITED STATES DISTRICT COURT,**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

XTREME MOBILE, INC.,

     Plaintiff,

**Docket No.:**

vs.

**State Court Index No.:**

603064/07
DETROIT PHONE CARDS INC. D/B/A
OMOBILE,

     Defendant.

-------------------------------------------------------------X

## <u>RULE 7.1 STATEMENT</u>

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for DETROIT PHONE CARDS INC. D/B/A OMOBILE ("OMOBILE"), states that OMOBILE has no corporate parent and that no publicly held corporation owns ten percent or more of its stock.

DATED:    New York, New York
           October 24, 2007

OCT 25 2007  U.S.D.C. S.D. N.Y. CASHIERS

Respectfully submitted,

ALLYN & FORTUNA LLP

By: _____

Nicholas Fortuna, Esq. (NF 9191)
200 Madison Avenue, 5th Floor
New York, New York 10016
(212) 213-8844
(212) 213-3318 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the NOTICE OF REMOVAL was served by United States mail, first class postage prepaid, on the 24th day of October, 2007 on the following:

Lawrence T. Gresser
COHEN & GRESSER LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
(212) 957-7600

JESSE KAPLAN