AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      NEW YORK

XTREME MOBILE, INC.

        Plaintiff,

   - against -

DETROIT PHONE CARDS INC.
D/B/A OMOBILE,

        Defendant.

**APPEARANCE**

Case Number:  07 Civ. 9528 (HB)

To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for

     Plaintiff Xtreme Mobile, Inc.

I certify that I am admitted to practice in this court.

| 10/30/2007 | | |
|---|---|---|
| Date | Signature | |
| | Harvey B. Silikovitz | HS 5904 |
| | Print Name | Bar Number |
| | Cohen & Gresser LLP, 100 Park Avenue, 23rd Floor | |
| | Address | |
| | New York | New York | 10017 |
| | City | State | Zip Code |
| | (212) 957-7600 | (212) 957-4514 |
| | Phone Number | Fax Number |

Email address:  HSilikovitz@cohengresser.com