UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
XTREME MOBILE INC.,                                               :   **ECF CASE**
                                                                  :
                Plaintiff,                                   :   07 Civ. 9528 (HB)
                                                                  :
      -against-                                                :
                                                                  :   **DEMAND FOR JURY TRIAL**
DETROIT PHONE CARDS INC. D/B/A                                    :
OMOBILE,                                                          :
                                                                  :
                Defendant.                                   :
                                                                  :
------------------------------------------------------------------x

       PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 81(c), plaintiff Xtreme Mobile Inc., by its attorneys Cohen & Gresser LLP, hereby demands a jury trial as to all triable issues.

Dated:   New York, New York
           November 1, 2007

                                       COHEN & GRESSER LLP

                                By: _____
                                   Lawrence T. Gresser (LG 2801)
                                   Karen H. Bromberg (KB 2153)
                                   Harvey B. Silikovitz (HS 5904)
                                   100 Park Avenue, 23rd Floor
                                   New York, New York 10017
                                   (212) 957-7600

                                   *Attorneys for Plaintiff Xtreme Mobile Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
: 
XTREME MOBILE INC.,                          :  ECF CASE
:
                Plaintiff,              :  07 Civ. 9528 (HB)
:
   -against-                                :
:  **AFFIDAVIT OF SERVICE**
DETROIT PHONE CARDS INC. D/B/A              :
OMOBILE,                                    :
:
                Defendant.              :
:
------------------------------------------------------------x

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF NEW YORK )

      DEBBIE STEIN, being duly sworn, deposes and says:

1.      I am above the age of 18 years and not a party to this action.

2.      On November 1, 2007, I served the annexed demand for jury trial on:

      Jesse Kaplan
      Allyn & Fortuna
      200 Madison Avenue, 5th Floor
      New York, New York

by depositing a true copy of the above-mentioned papers, in a postpaid properly addressed

envelope addressed to the above-mentioned attorney at the address designated by him for service

I:\1263\001\00021792.DOC

of papers, in a depository under the exclusive control and custody of the United States Postal Service in the State of New York.

_____
Debbie Stein

Sworn to before me
November 2, 2007

_____
Notary Public

HARVEY B. SILIKOVITZ
Notary Public, State of New York
No. 02SI6115686
Qualified in New York County
Commission Expires September 13, 20 08

I:\1263\001\00021792.DOC                    2