AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

XTREME MOBILE, INC.

　　　　Plaintiff,

- against -

DETROIT PHONE CARDS INC.
D/B/A OMOBILE,

　　　　Defendant.

**APPEARANCE**

Case Number: 07 Civ. 9528 (HB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Xtreme Mobile, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/30/2007 | *Karen H. Bromberg* (signature) |
| Date | Signature |
| | Karen H. Bromberg — KB 2153 |
| | Print Name / Bar Number |
| | Cohen & Gresser LLP, 100 Park Avenue, 23rd Floor |
| | Address |
| | New York / New York / 10017 |
| | City / State / Zip Code |
| | (212) 957-7600 / (212) 957-4514 |
| | Phone Number / Fax Number |
| | Email address: KBromberg@cohengresser.com |