AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

## APPEARANCE

Case Number: 07CV9528

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant Detroit Phone Cards Inc., d/b/a Omobile

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/6/07 | [signature] |
| Date | Signature |
| | Nicholas Fortuna    NF9191 |
| | Print Name    Bar Number |
| | 200 Madison Avenue, 5th Floor |
| | Address |
| | New York    NY    10016-3903 |
| | City    State    Zip Code |
| | (212) 213-8844    (212) 213-3318 |
| | Phone Number    Fax Number |