UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
:
XTREME MOBILE INC.,                    :        ECF CASE
:
Plaintiff,     :        07 Civ. 9528 (HB)
:
- against -                      :
:        **RULE 7.1 STATEMENT**
DETROIT PHONE CARDS INC. D/B/A         :
OMOBILE,                               :
:
Defendant.      :
:
----------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Xtreme Mobile Inc. (a private non-governmental party) certifies that it has no corporate parents, and that there are no publicly held corporations that own 10% or more of its stock.

Dated:   New York, New York
        November 6, 2007

                                        **COHEN & GRESSER LLP**

                            By:     /s/
                                Lawrence T. Gresser (LG 2801)
                                Karen H. Bromberg (KB 2153)
                                Harvey B. Silikovitz (HS 5904)
                                100 Park Avenue, 23rd Floor
                                New York, New York 10017
                                (212) 957-7600

                                *Attorneys for Plaintiff*
                                *Xtreme Mobile Inc.*