# ALLYN & FORTUNA LLP
### ATTORNEYS AT LAW

200 MADISON AVENUE, 5TH FLOOR
NEW YORK, NEW YORK 10016-3903

(212) 213-8844
FACSIMILE (212) 213-3318
WWW.ALLYNFORTUNA.COM

NOV 0 6 2007

November 6, 2007

**VIA FAX (212) 805 7901**

Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 2230
Courtroom 23B
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07
```

**Case Name: Xtreme Mobile Inc. v. Detroit Phone Cards et al.**
**Docket No.: 07CV9528**
**Re: Time period to respond to complaint**

Dear Judge Baer:

Please be advised that Allyn & Fortuna LLP is counsel for the defendant. The above mentioned case was removed to the Southern District from the New York Supreme Court, New York County, on October 25, 2007. The purpose of this correspondence is to respectfully request that this Court extend the defendant's time to answer or otherwise respond to the plaintiff's complaint to November 14, 2007, the date that the defendant originally had to answer plaintiff's complaint prior to the removal of this action to the Southern District of New York.

This application is upon consent of both parties. No prior application has been made for the within requested relief. A current copy of the docket report is included with this fax as required by your honor's individual practice rule 1.E

Should you wish to discuss this matter further, please do not hesitate to contact the undersigned at your earliest convenience.

Sincerely,

Adam Drexler (AD7743)

SO ORDERED

Harold Baer, Jr., U.S.D.J.
Date: 11/9/07

[Handwritten annotation: Counsel [illegible] scheduled a PTC N at 3 PM]