ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEC 0 6 2007

HAR...
...

------------------------------------------------------------x

XTREME MOBILE INC.,

               Plaintiff,

    - against -

DETROIT PHONE CARDS INC. D/B/A
OMOBILE,

               Defendant.

**ECF CASE**
(Electronically filed)

07 Civ. 9528 (HB)

**STIPULATION AND
ORDER**

------------------------------------------------------------x

It is hereby stipulated and agreed, by and between the undersigned counsel, that the time

for plaintiff Xtreme Mobile Inc. to reply to, move against, or otherwise respond to the

counterclaims of defendant Detroit Phone Cards Inc. d/b/a OMobile is extended from December

4, 2007 until December 11, 2007.

Dated:   December 4, 2007

COHEN & GRESSER LLP

By: _____
    Lawrence T. Gresser (LG 2801)
    Karen H. Bromberg (KB 2153)
    Harvey B. Silikovitz (HS 5904)
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 757-7600
Facsimile: (212) 957-4514
ltgresser@cohengresser.com
kbromberg@cohengresser.com
hsilikovitz@cohengresser.com

Attorneys for Plaintiff Xtreme Mobile Inc.

ALLYN & FORTUNA LLP

By: _____
    Nicholas Fortuna (NF 9191)
    Jesse A. Kaplan (HK 4594)
    Adam Drexler (AD 7743)
200 Madison Avenue, 5th Floor
New York, New York 10016
Telephone: (212) 213-8844
Facsimile: (212) 213-3318
nfortuna@allynfortuna.com
jkaplan@allynfortuna.com
adrexler@allynfortuna.com

Attorneys for Plaintiff Detroit Phone
Cards Inc. d/b/a OMobile

*Try to adjust copy [illegible] before your time is up!!*

So Ordered: _____
    Hon. Harold Baer
    United States District Judge

Dated: 12/12/07