**COHEN & GRESSER LLP**

100 Park Avenue
New York, New York 10017
212 957 7600 phone
212 957 4514 fax
www.cohengresser.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/07

Harvey B. Silikovitz
212 957 7068
hsilikovitz@cohengresser.com

December 27, 2007

VIA FACSIMILE

Hon. Harold Baer
United States District Judge
United States District Court
500 Pearl Street, Room 2230
New York, New York 10007

      Re: *Xtreme Mobile Inc. v. Detroit Phone Cards Inc. d/b/a OMobile*,
         07 Civ. 9528 (HB)

Dear Judge Baer:

    We represent plaintiff Xtreme Mobile Inc. in the above-entitled action. We are writing to request an adjournment of the initial pre-trial conference, currently scheduled for January 3, 2008. The reason for the request is the unavailability of lead plaintiff's counsel on that date.

    There has been no previous request for an adjournment of the conference. Defendant's counsel has consented to the request. Counsel for both sides is available on January 24, 2008, as well as February 7, 2008.

    In accordance with rule 1(E) of Your Honor's individual practices, enclosed is a copy of the docket report.

Respectfully yours,

Harvey B Silikovitz/dj
Harvey B. Silikovitz (HS 5904)

Enclosure

cc: Nicholas Joseph Fortuna, Esq. (via electronic mail w/ enclosure)
    ALLYN & FORTUNA, LLP
    *Attorneys for Defendant Detroit Phone Cards Inc. d/b/a OMobile*

[Handwritten notation: "My next available date is January 24. Adjourn your PTC to that date at 3 PM. SO ORDERED. Harold Baer, Jr., U.S.D.J."]