USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

**ALLYN & FORTUNA LLP**
ATTORNEYS AT LAW

200 MADISON AVENUE, 5TH FLOOR
NEW YORK, NEW YORK 10016-3903

(212) 213-8844
FACSIMILE (212) 213-3318
WWW.ALLYNFORTUNA.COM

HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

January 3, 2008

**VIA FACSIMILE**

Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 2230
New York, New York 10007

**Case Name: Xtreme Mobile Inc. v. Detroit Phone Cards et al.
Docket No.: 07CV9528
Re: Withdrawal as counsel**

Dear Judge Baer:

Allyn & Fortuna LLP represents defendant Detroit Phone Cards d/b/a Omobile ("Defendant") in the above-mentioned matter. I am writing to respectfully request that the Court allow me to withdraw as attorney of record for defendant pursuant to Local Civil Rule 1.4.

The reason for my request to withdraw is that this month I am relocating to Los Angeles, California, and will no longer be associated with Allyn & Fortuna LLP. Nicholas Fortuna of Allyn & Fortuna LLP will remain as attorney of record for the Defendant.

I have conferred with my client and Defendant consents to my withdrawal. Enclosed please find a declaration from Defendant consenting to same.

Thank you for your time and consideration.

Respectfully submitted,

Jesse Kaplan

granted
SO ORDERED
Harold Baer, Jr., U.S.D.J.
1/9/08