AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

XTREME MOBILE INC.,

    Plaintiff,

- against -

DETROIT PHONE CARDS INC.
D/B/A OMOBILE,

    Defendant,

**APPEARANCE**

Case Number: 07 Civ. 9528 (HB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Xtreme Mobile, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/22/2008 | *(signature)* |
| Date | Signature |
| | Kathryn Barcroft     KB 7700 |
| | Print Name     Bar Number |
| | Cohen & Gresser LLP, 100 Park Avenue, 23rd Floor |
| | Address |
| | New York     NY     10017 |
| | City     State     Zip Code |
| | (212) 957-7600     (212) 957-4514 |
| | Phone Number     Fax Number |
| | Email address: kbarcroft@cohengresser.com |