UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Xtreme Mobile Inc.

                        Plaintiff,

              -against-

Detroit Phone Cards Inc., d/b/a OMobile

                       Defendant.
------------------------------------------------------------x

07  CIVIL 9528    ( HB )

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Kathryn Barcroft__

[✓]  *Attorney*

    [✓]  I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        KB 7700

    [ ]  I am a Pro Hac Vice attorney

    [ ]  I am a Government Agency attorney

[ ]  *Law Firm/Government Agency Association*

    From: __Blank Rome LLP__

    To:   __Cohen & Gresser LLP__

    [✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[ ]  *Address:*  100 Park Avenue, 23rd Floor, NY, NY  10017

[ ]  *Telephone Number:*  (212) 957-7600

[ ]  *Fax Number:*  (212) 957-4514

[ ]  *E-Mail Address:*  kbarcroft@cohengresser.com

Dated: 1/22/08