```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
XTREME MOBILE INC.,                  :
                                     :    ECF CASE
                    Plaintiff,       :    (Electronically Filed)
                                     :
        - against -                  :    07 Civ. 9528 (HB)
                                     :
DETROIT PHONE CARDS INC. D/B/A       :
OMOBILE,                             :    STIPULATION AND ORDER
                                     :
                    Defendant.       :
------------------------------------x
```

RECEIVED APR 22 2008 HAROLD BAER U.S. DISTRICT JUDGE S.D.N.Y.

It is hereby stipulated and agreed, by and between the undersigned counsel, as follows:

(1) Defendant Detroit Phone Cards Inc. d/b/a OMobile hereby consents to Plaintiff Xtreme Mobile Inc. filing its Amended Complaint; and

(2) As a result of this stipulation, Plaintiff's motion to amend its Complaint will effectively be withdrawn.

(3) The clerk is also directed to Close this motion & remove it from my docket

Dated: New York, New York
April 17, 2008

COHEN & GRESSER LLP

By: _____
Kathryn L. Barcroft
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 757-7600
Facsimile: (212) 957-4514
kbarcroft@cohengresser.com

*Attorneys for Plaintiff Xtreme Mobile Inc.*

ALLYN & FORTUNA LLP

By: _____
Nick Fortuna
200 Madison Avenue, 5th Floor
New York, NY 10016
Telephone: (212) 213-8844
Facsimile: (212) 213-3318
nfortuna@allynfortuna.com

*Attorneys for Defendant Detroit Phone Cards Inc. d/b/a OMobile*

So Ordered: _____
Hon. Harold Baer
United States District Judge

Dated: 4/23/08

{1263-001/00028628.DOC v}

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08