```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08
```

**ALLYN & FORTUNA LLP**
ATTORNEYS AT LAW

200 MADISON AVENUE, 5TH FLOOR
NEW YORK, NEW YORK 10016-3903

(212) 213-8844
FACSIMILE (212) 213-3318
WWW.ALLYNFORTUNA.COM

RECEIVED
MAY 19 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

May 19, 2008

**VIA FACSIMILE**

Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 2230
New York, New York 10007

**Case Name: Xtreme Mobile Inc. v. Detroit Phone Cards et al.**
**Docket No.: 07CV9528**
**Re: Amended Complaint**

Dear Judge Baer:

Please be advised that Allyn & Fortuna LLP is counsel for the defendants in the above-mentioned matter.

Please allow this letter to serve as a formal request for an extension of time for defendants to answer plaintiff's amended complaint, dated March 23, 2008 and filed May 8, 2008, until May 30, 2008.

Plaintiff's counsel consented, by telephone, to the extension on May 14, 2008.

No prior application has been made for the within requested relief. A current copy of the docket report is included with this fax as required by your honor's individual practice rule 1.E.

Thank you for your time and consideration.

*adj to May 30 by consent*

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
5/20/08

Sincerely,

Dylan Murphy (DM3120)

cc:
    Kathryn Barcroft (via facsimile)
    Cohen & Gresser, LLP
    100 Park Avenue, 23rd floor
    New York, New York 10017