UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Xtreme Mobile Inc.,

                Plaintiff,

-against-

Detroit Phone Cards Inc. D/B/A Omobile and Rami Chanine   Defendant.

-----------------------------------------------------------x

ECF Case (Electronically Filed)

07 CIVIL 9528 (HB)

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Dylan John Murphy__

☒ **Attorney**

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __DM 3120__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ **Law Firm/Government Agency Association**

    From: __Ahmuty, Demers and McManus__

    To: __Allyn and Fortuna LLP__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ **Address:** __200 Madison Avenue__

☐ **Telephone Number:** __(212) 213-8844__

☐ **Fax Number:** __(212) 213-3318__

☐ **E-Mail Address:** __dmurphy@allynfortuna.com__

Dated: __5/30/08__