UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                    :   ORDER OF REFERENCE
                                    :   TO A MAGISTRATE JUDGE
Plaintiff,                          :
Xtreme Mobile Inc.                  :   07 Civ. 9528 (HB)(RE)
          -v-                       :
                                    :
Defendant.                          :
Detroit Phone Cards Inc. d/b/a      :
O Mobile                            x
-----------------------------------------------------------------

Ronald L. Ellis

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*
   Letter from Plaintiff's attorney dated July 16, 2008.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: August 4, 2008

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
   Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
   Particular Motion: _____

   All such motions: _____

*Do not check if already referred for general pretrial.

Dated 7/16/08

SO ORDERED: [signature]

United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08