```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XTREME MOBILE, INC.,

                      Plaintiff,

      - against -

DETROIT PHONE CARDS INC.,
d/b/a, OMOBILE

                      Defendant.

ORDER

07 Civ. 9528 (HB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    **IT IS HEREBY ORDERED** that the Parties appear for a telephonic conference before the Court on **July 30, 2008, at 10 a.m.**

**SO ORDERED this 25th day of July 2008**
New York, New York

*(signature)*

The Honorable Ronald L. Ellis
United States Magistrate Judge