**ALLYN & FORTUNA LLP**
ATTORNEYS AT LAW

200 MADISON AVENUE, 5TH FLOOR
NEW YORK, NEW YORK 10016-3903

(212) 213-8844
FACSIMILE (212) 213-3318
WWW.ALLYNFORTUNA.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-1-08

RECEIVED
JUL 31 2008
CHAMBERS OF
RONALD L. ELLIS
U.S.M.J.

July 30, 2008

Honorable Ronald L. Ellis
United States Magistrate
United States District Court
Southern District of New York
500 Pearl Steet
New York, NY 10007

    Re: XTREME MOBILE, INC. v. Detroit Phone Cards, Inc.
       07 Civ. 9528 (HB) (RLE)

Dear Judge Ellis:

  The parties have reached the following agreement with respect to discovery in the above-referenced matter:

1. The Defendant will serve its document demand pertaining to the new claims plaintiff asserted in its amended complaint by August 1, 2008;

2. The Defendant will serve documents demanded by plaintiff on August 8, 2008;

3. The Plaintiff will send its proposed confidentiality agreement pertaining to document production by August 6, 2008;

4. Plaintiff will have right to request additional documents after it receives Defendant's production;

5. Plaintiff will produce all outstanding documents demanded by Defendant by August 15, 2008;

6. Plaintiff will review responses to Defendant's document demand, specifically, 14-19, 21-32, 54, 55 and any response that refers to response number 1;

7.    Depositions of the parties are to take place by September 26, 2008.

The Plaintiff's attorney has received and approved the contents of this letter.

Thank you very much for your assistance in this matter.

**SO ORDERED**
8-1-08
MAGISTRATE JUDGE RONALD L. ELLIS

Sincerely,

Nicholas Fortuna

cc:    Kathryn Barcroft
Cohen & Gresser LLP
100 Park Avenue
New York, NY 10017